JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 2:20-cv-02990-KES                                                           Date: April 19, 2021

Title: CHRIS LANGER v. WYATT WILLIAM KEDINGER, et al.

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**     **Order DENYING Ex Parte Motion to Strike as Moot (Dkt. 50) and GRANTING Motion to Dismiss as Unopposed (Dkt. 47)**

Defendants Wyatt Kedinger and Kally Ann Kedinger-Cecil filed a Motion to Dismiss for lack of jurisdiction (Dkt. 46, 47), with a supporting declaration of Mohammed Haque (Dkt. 47-1) on April 5, 2021.[1]  Plaintiff filed a Qualified Non-Opposition to the Motion to Dismiss on April 13, 2021.  (Dkt. 49.)  Plaintiff also filed an ex parte application to strike the Motion, or to seal it, on the grounds that it disclosed confidential settlement information.  (Dkt. 50.)  On April 15, 2021, at 9:00 a.m., the Court held a telephonic status conference to discuss the disposition of the case and Plaintiff's ex parte application.  (Dkt. 53.)

Upon stipulation of the parties, and upon order of the Court, the unredacted Motion to Dismiss (Dkt. 46, 47) and supporting declaration of Mohammed Haque (Dkt. 47-1) shall be sealed.  Defendant has refiled the Motion to Dismiss and declaration, with the language complained of by Plaintiff in the ex parte application redacted.  (Dkt. 52.)

Pursuant to the foregoing, IT IS HEREBY ORDERED that:

1.     The Clerk is directed to seal the Motion to Dismiss filed on April 5, 2021 (Dkt.

---

[1] The Motion to Dismiss was filed twice because the first Motion was erroneously noticed for hearing before Magistrate Judge Alexander F. MacKinnon.  (Dkt. 46.)  The first Motion also does not appear to have attached the declaration from Mohammed Haque.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:20-cv-02990-KES                                           Date: April 19, 2021
                                                                              Page 2

46, 47) and the supporting declaration of Mohammed Haque (Dkt. 47-1).

    2.     Plaintiff's ex parte application to strike (Dkt. 50) is **denied** as moot.

    3.     Defendants' Motion to Dismiss (Dkt. 52) is **granted** as unopposed, and the case is **dismissed** for lack of jurisdiction.

Initials of Deputy Clerk JD